**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**SHAWN ALLEN VANSCHOONHOVEN,**

**Plaintiff,**

**v.** **Case No.: 5:26-cv-00741-PGB-PRL**

**BLOCK, INC., et al,**

**Defendants.**
______________________________________/

**ORDER**

On August 6, 2026, Plaintiff Shawn Allen Vanschoonhoven initiated this action against Defendants Block, Inc. and Cash App Investing, LLC for violations of Title VII of the Civil Rights Act of 1964 and the Florida Civil Rights Act of 1992. Plaintiff seeks leave to proceed *in forma pauperis.* (Doc. 2).

The action was transferred to the Ocala Division on October 6, 2026 (Doc. 13), following which Plaintiff's initial complaint was dismissed without prejudice as a shotgun pleading. (Doc. 16). Plaintiff then filed an amended complaint. (Doc. 18). In the amended complaint, Plaintiff alleges that Defendants terminated his employment after he "participated as a witness and reporting party in a protected internal EEO investigation" and "because he expressed sincerely held Christian religious beliefs regarding gender roles in the home and workplace." (Doc. 18, ¶¶ 2–3). Plaintiff asserts claims against Defendants for retaliation and religious discrimination in violation of Title VII (Counts I and II), and in violation of the Florida Civil Rights Act. (Counts III and IV).

When applying to proceed *in forma pauperis* under 28 U.S.C. § 1915(a), a plaintiff must file an affidavit that establishes he is legally and financially eligible to proceed. *See* 28 U.S.C. §

1915. Here, while Plaintiff has filed an affidavit, it does not provide sufficient information for the Court to evaluate his eligibility to proceed *in forma pauperis*. Accordingly, Plaintiff is directed to file, on or before **December 9, 2026**, a completed "Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)."[1] Alternatively, Plaintiff may pay the filing fee.

Plaintiff's motion for ruling on pending application to proceed *in forma pauperis*, for service pursuant to Rule 4(c)(3), and alternatively for extension of time to serve (Doc. 17) is **granted** to the extent consistent with this Order. The Court will take up any service issues after the motion to proceed *in forma pauperis* is resolved.

DONE and ORDERED in Ocala, Florida on November 19, 2026.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Party

[1] The "Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)" is available at www.flmd.uscourt.gov/forms/all/filing-a-case-forms.